

<div style="transform: rotate(-90deg)">

WISE COUNTY AND CITY OF NORTON

CLERK OF CIRCUIT COURT OFFICE

J. JACK KENNEDY, JR., ESQ.

CLERK OF THE COURT & FELLOW OF THE INSTITUTE FOR COURT MANAGEMENT

www.courtbar.org

206 E. Main Street
P.O. Box 1248
Wise, VA 24293-1248

(276) 328-6111
clerk@courtbar.org

</div>

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 2 0 2018

JULIA C. DUDLEY, CLERK
BY: *J. Clark*
DEPUTY CLERK

*Civil Case no:*
*2:18CV5*

February 7, 2018

United States District Court
For the Western District of Virginia
PO Box 209
Big Stone Gap, VA 24219

CL18-10

Dear Clerk,

I have enclosed the entire above-mentioned case to The United
States District Court for the Western District of Virgini; enclosed
is the complete and entire file. Please contact our office if you need
anything else.

*Julie Bates*

Julie M. Bates
Chief Deputy Clerk



# The O'Quinn Law Office, PLLC
## Attorney-At-Law

Jeremy B. O'Quinn, Esq.
theoquinnlawoffice@gmail.com

January 2nd, 2018

J. Jack Kennedy, Clerk
Wise County Circuit Court
P. O. Box 1248
Wise, VA  24293

*RE:   **Dina Beverly Bentley v. Houchens Food Group, Inc.***
*      **Complaint:***

Dear Mr. Kennedy:

Please find enclosed a Complaint that I am filing on behalf of Dina Bentley in the above referenced matter.  I have filed this matter via e-file and paid $254.00 via credit card to cover the filing fee and service of process on one defendant.  Please prepare the summons and have it sent to the appropriate Sheriff's office for service.  If you have any questions, please contact my office.
Sincerely,

<s/ *Jeremy B. O'Quinn* /s>
Jeremy B. O'Quinn

CC:    Houchens Food Group, Inc.
       P.O. Box 90009
       Bowling Green, KY 42102-9009

Office Phone: (276) 679-2111
Office Fax: (276) 679-2112
532 W. Main Street
PO Box 2327
Wise, VA 24293
www.theoquinnlawoffice.com

This document received in the Wise Circuit Court Clerk's Office via electronic filing 1/2/2018 9:41:21 AM

## COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. ...................................................
(CLERK'S OFFICE USE ONLY)

.............. Wise County ....................................................................................... Circuit Court

.......... Dina Bentley .............................................. ...v./*In re:* HOUCHENS FOOD GROUP, INC. d/b/a Payless IGA..............
PLAINTIFF(S)                                                                 DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [ x ] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

### GENERAL CIVIL
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Counterclaim
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or
    driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
    [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ x ] Other General Tort Liability

### ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of
    (select one)
    [ ] ABC Board
    [ ] Board of Zoning
    [ ] Compensation Board
    [ ] DMV License Suspension
    [ ] Employee Grievance Decision
    [ ] Employment Commission
    [ ] Local Government
    [ ] Marine Resources Commission
    [ ] School Board
    [ ] Voter Registration
    [ ] Other Administrative Appeal

### DOMESTIC/FAMILY
[ ] Adoption
    [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
    [ ] Annulment – Counterclaim/Responsive
    Pleading
[ ] Child Abuse and Neglect – Unfounded
    Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
    [ ] Complaint – Contested*
    [x] Complaint – Uncontested*
    [ ] Counterclaim/Responsive Pleading
    [ ] Reinstatement –
    Custody/Visitation/Support/Equitable
    Distribution
[ ] Separate Maintenance
    [ ] Separate Maintenance Counterclaim

### WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

### PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
    [ ] Guardian/Conservator
    [ ] Standby Guardian/Conservator
[ ] Trust (select one)
    [ ] Impress/Declare
    [ ] Reformation
[ ] Will (select one)
    [ ] Construe
    [ ] Contested

### MISCELLANEOUS
[ ] Appointment (select one)
    [ ] Church Trustee
    [ ] Conservator of Peace
    [ ] Marriage Celebrant
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
    [ ] Reinstatement pursuant to § 46.2-427
    [ ] Restoration – Habitual Offender or 3rd
    Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of U.S. Currency
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
    [ ] Correct Erroneous State/Local
    [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify) ...........................
.................................................................

[ ] Damages in the amount of $ ................................................ are claimed.

.............January 2nd, 2018..............
DATE

/s/Jeremy B. O'Quinn/s/

[ ] PLAINTIFF   [ ] DEFENDANT   [X] ATTORNEY FOR   [X] PLAINTIFF
[ ] DEFENDANT

...............Jeremy B. O'Quinn...............
PRINT NAME

.......PO Box 2327 Wise Va 24293.......
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

.............276 679=2111..............

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 10/12

**VIRGINIA:**

## IN THE CIRCUIT COURT OF WISE COUNTY
## AND THE CITY OF NORTON

**DINA BEVERLY BENTLEY,**                )
                                          )
    **Plaintiff,**                )
                                          )
    **v.**                          )    **Case No. CL_____**
                                          )
**HOUCHENS FOOD GROUP, INC.**             )
**d/b/a Payless IGA**                     )
    **SERVE: CT Corporation System**  )
    **Registered Agent**             )
    **4701 Cox Road, Suite 285**      )
    **Glen Allen VA 23060**           )
                                          )
    **Defendant,**                   )

## COMPLAINT

TO THE HONORABLE JUDGE OF THE AFORESAID COURT:

COMES NOW the Plaintiff, **DINA BEVERLY BENTLEY,** by counsel, and moves the

Circuit Court of Wise County, Virginia, for judgement against defendant on the grounds and in

the amount set forth below:

1.    Defendant, Houchens Food Group, Inc., is a corporation organized under the laws

    of the Commonwealth of Kentucky, having an office and principal place of

    business at P.O. Box 90009, Bowling Green, KY 42102-9009, and on or about

    May 26th 2016, was the owner and operator of the Payless IGA Grocery Store

    located at 305 Church Street, in Wise County, Virginia.

2.    As the owner and operator of said store, a place of business to which the general

    public is invited, defendant, its agents and employees, had a duty to maintain the

    premises in a reasonably safe condition; to make reasonable inspections to

determine whether any latent defects existed; and to warn the public of any such latent defects known to it, its agents and employees.

3.   Notwithstanding said duty, defendant, its agents and employees, negligently maintained the store's floor which patrons of the store customarily utilized while shopping at its store, in that, there was a liquid present on the floor, although defendant, its agent and employees, knew, or in the exercise of reasonable care should have known, that said defect existed.

4.   On or about May 26th 2016, plaintiff was a customer in said grocery store and while shopping was walking through the said store, and defendant, its agents and employees, negligently permitted a hazardous and unsafe liquid to be on the floor where customers traversed, including the Plaintiff, as they shopped. There was no signage to indicate any hazard and as a direct and proximate cause of this negligence to maintain the premises' floor in a safe manner, or notify customers in a reasonable manner of such hazard, plaintiff slipped on the liquid and fell to the ground, sustaining serious injuries to her back, right shoulder, left shoulder, neck, and left knee.

5.   As a direct result of her fall, plaintiff has been forced to incur substantial medical and hospital bills in an effort to be cured of her injuries; has suffered and continues to suffer severe physical pain and mental anguish; and has been prevented and will in the future be hindered from attending to her business and personal affairs for a long period of time.

WEREFORE, plaintiff, **DINA BEVERLY BENTLEY,** demands judgement against defendant, Houchens Food Group., d/b/a Payless IGA at Wise, VA, in the amount of One Hundred Thousand Dollars ($100,000), together with interest thereon, and her costs expended.

Plaintiff demands a trial by jury of this cause of action.

**DINA BEVERLY BENTLEY**

**BY COUNSEL**

**/s/Jeremy B. O'Quinn/s/**

**JEREMY B. O'QUINN**
VSB# 78891
Attorney for **Dina Beverly Bentley**
P.O. Box 2327
532 W. Main Street
Wise, VA 24293
Telephone# 276-679-2111
Fax: 276-679-2112
Email: theoquinnlawoffice@gmail.com

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE VA 24293
(276) 328-6111

Summons

To: HOUCHENS FOOD GROUP INC          Case No. 195CL18000010-00
    PAYLESS IGA
    CT CORP SYSTEM
    4701 COX RD STE 285
    GLEN ALLEN VA 23060

The party upon whom this summons and the attached complaint are served is hereby notified
that unless within 21 days after such service, response is made by filing in the clerk's office
of this court a pleading in writing, in proper legal form, the allegations and charges may be
taken as admitted and the court may enter an order, judgment, or decree against such party
either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, January 05, 2018

Clerk of Court: J. JACK KENNEDY JR

by _____
                                    (CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE VA 24293
(276) 328-6111

Proof of Service

Virginia:
In the WISE CIRCUIT COURT

Case number: 195CL18000010-00
Service number: 001
Service filed: January 03, 2018
Judge:

Served by:
Style of case: DINA BENTLEY vs HOUCHENS FOOD GROUP INC
Service on: HOUCHENS FOOD GROUP INC        , Attorney:
         PAYLESS IGA
         CT CORP SYSTEM
         4701 COX RD STE 285
         GLEN ALLEN VA 23060

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, January 05, 2018 with a copy of the Complaint filed Wednesday, January 03, 2018 attached.

Hearing date  :
Service issued: Friday, January 05, 2018

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



### WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE  VA  24293
(276) 328-6111

Proof of Service

Virginia:
    In the WISE CIRCUIT COURT

Case number: 195CL18000010-00
Service number: 001
Service filed: January 03, 2018
Judge:

    Served by:
Style of case: DINA BENTLEY  vs HOUCHENS FOOD GROUP INC
Service on: HOUCHENS FOOD GROUP INC                Attorney:
        PAYLESS IGA
        CT CORP SYSTEM
        4701 COX RD STE 285
        GLEN ALLEN VA 23060

3138686

    Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, January 05, 2018 with a copy of the
Complaint filed Wednesday, January 03, 2018 attached.

Hearing date  :
Service issued:  Friday, January 05, 2018

For Sheriff Use Only

WISE CIRCUIT COURT
RECEIVED AND FILED
Jan 26          20 18
Time 3:65
By _____  Deputy Clerk
J. Jack Kennedy, Jr., Clerk

NAME **NAME AND ADDRESS**
**SAME AS FRONT**

☐ PERSONAL SERVICE

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of usual place of business or employment during business hours and giving information to its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or order at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party named above.

☐ Posted on the common door of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Copy mailed to judgment debtor on date below after serving the garnishee unless a different date is shown below.

☐ Evicted        ☐ Not Evicted   Katie Bush

☐ Served on registered agent   Registered Agent

☐ Not found

DATE                    DEPUTY SHERIFF

1-16-18                  Michael L. Wade
DATE                    Sheriff, Virginia

## Service Authorization
### CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CT's capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:

"Registered office and registered agent.

A....

B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*__As such, neither CT Corporation System, nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.__*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush                Teresa Brown                Jabrel Samuel

This authorization does not certify the receipt or acceptance of any specific process

Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 20th day of November, 2017.

Notary Public
Commission exp.  2/28/19

LISA D. CHRISTIAN
NOTARY PUBLIC
MY
COMMISSION
NUMBER
7610276
COMMONWEALTH OF VIRGINIA

**Stephanie G. Cook**

Please Reply: Western Virginia Office
Direct Dial: (540) 776-3583
E-mail: stephanie.cook@kpmlaw.com
Website: www.kpmlaw.com
File No.: 1833

# KPMLAW

KALBAUGH PFUND & MESSERSMITH, P.C.

February 5, 2018

J. Jack Kennedy, Jr., Clerk
Wise County Circuit Court
Post Office Box 1248
Wise, Virginia 24293

RE:    Dina Beverly Bentley v. Houchens Food Group, Inc.
       d/b/a Payless IGA
       Court File No.: CL18-10

Dear Mr. Kennedy:

Please fine enclosed an Answer for filing in the above referenced matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Stephanie G. Cook

SGC/ljm

cc:       Jeremy B. O'Quinn, Esquire

**CENTRAL VIRGINIA**

901 Moorefield Park Drive
Suite 200
Richmond, Virginia 23236
p 804.320.6300
f 804.320.6312

**NORTHERN VIRGINIA**

3950 University Drive
Suite 204
Fairfax, Virginia 22030
p 703.691.3331
f 703.691.3332

**EASTERN VIRGINIA**

555 East Main Street
Suite 1200
Norfolk, Virginia 23510
p 757.623.4500
f 757.623.5700

**WESTERN VIRGINIA**

2840 Electric Road
Suite 111
Roanoke, Virginia 24018
p 540.776.3583
f 540.776.1542

VIRGINIA:

### IN THE CIRCUIT COURT FOR THE COUNTY OF WISE

DINA BEVERLY BENTLEY,                                                 Plaintiff,

v.                                                          Case No.: CL18-10

HOUCHENS FOOD GROUP, INC. d/b/a PAYLESS IGA,                         Defendant.

### ANSWER

Comes now the Defendant, Houchens Food Group, Inc. d/b/a Payless IGA, by counsel, and files this as its Answer to Plaintiff's Complaint and states as follows:

1.  The Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.  Paragraph 2 of Plaintiff's Complaint contains legal conclusions to which no response is required.

3.  Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint and calls for strict proof thereof.

4.  Defendant admits in part and denies in part the allegations contained in Paragraph 4 of Plaintiff's Complain. Defendant admits only that Plaintiff was a customer in its store on or about May 26, 2016. Defendants deny any and all allegations of negligence. Defendant is without sufficient knowledge to admit or deny the allegations pertaining to Plaintiff's alleged injuries. Any other allegation not specifically admitted in Paragraph 4 is denied.

5.  As for the allegations in Paragraph 5 of Plaintiff's Complaint, Defendant denies that the Plaintiff was injured to the extent alleged in the Complaint and calls upon Plaintiff to provide strict proof of said alleged injuries.

6.      Defendant further denies that it is indebted to the Plaintiff in the amount alleged in the Complaint, or in any amount whatsoever, and therefore calls upon Plaintiff for strict proof of said alleged damages.

7.      The Defendant will rely upon the affirmative defenses of assumption of the risk, contributory negligence, open and obvious condition, and failure to mitigate damages to the extent that those defenses are supported by the evidence as obtained through discovery, investigation or otherwise.  The Defendant reserves the right to assert additional defenses to this cause, affirmative or otherwise, if it is later determined that such defenses are available to it.

8.      All allegations in the Complaint not expressly admitted herein are denied.

WHEREFORE, the Defendant respectfully requests that this Court dismiss with prejudice the Complaint filed by the Plaintiff, and enter judgment in favor of the Defendant, allowing its attorney fees and costs expended in these proceedings.

                                    **HOUCHENS FOOD GROUP, INC. d/b/a**
                                    **PAYLESS IGA**


                                    By: _____
                                            Of Counsel

Stephanie Gacek Cook, Esquire
VSB No.: 48187
KALBAUGH, PFUND & MESSERSMITH, P.C.
2840 Electric Road, Suite 111
Roanoke, Virginia 24018
Phone: (540) 776-3583
Facsimile: (540) 776-1542

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Answer was mailed, first class, postage prepaid to Jeremy B. O'Quinn, The O'Quinn Law Office, 532 W Main St, Wise, Virginia 24293, counsel for the Plaintiff, this _____ day of February, 2018.

_____
Stephanie Gacek Cook

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE COUNTY OF WISE

**DINA BEVERLY BENTLEY,**                                                                          **Plaintiff,**

**v.**                                                                          **Case No.:  CL18-10**

**HOUCHENS FOOD GROUP, INC. d/b/a PAYLESS IGA,**                                   **Defendant.**

### NOTICE OF FILING OF REMOVAL TO DISTRICT COURT

Pursuant to 28 U.S.C.A. §§1332(a)&(c), 1441 and 1446, please take notice that on the 7th day of February, 2018, Houchens Food Group, Inc. d/b/a Payless IGA, Defendant in the above-entitled action, filed a Notice of Removal of the above entitled action to the United States District Court for the Western District of Virginia, Big Stone Gap Division, a copy of which is attached hereto.

DATED this 7th day of February, 2018.

HOUCHENS FOOD GROUP, INC. d/b/a
PAYLESS IGA

By: _____
Of Counsel

Stephanie G. Cook, Esquire
VSB No.: 48187
Kalbaugh, Pfund & Messersmith, P.C.
2840 Electric Road, Suite 111
Roanoke, Virginia 24018
Phone:  (540) 776-3583
Facsimile: (540) 776-1542

## CERTIFICATE OF SERVICE

I hereby certify that on the ___7th___ day of February, 2018, I electronically filed the foregoing Notice of Filing of Removal with the Clerk of the Court using the eLegal Case Pro system which will send notification of such filing to Jeremy B. O'Quinn, Esquire.

_____
Stephanie Gacek Cook

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division**

DINA BEVERLY BENTLEY                                                    Plaintiff,

v.                                                                    Civil Action No.

HOUCHENS FOOD GROUP, INC. d/b/a PAYLESS IGA                          Defendant.

### NOTICE OF REMOVAL

Defendant, Houchens Food Group, Inc. d/b/a Payless IGA, by and through counsel, hereby gives notice of removal of the above action from the Circuit Court of Wise County ("Circuit Court"), to the United States District Court for the Western District of Virginia pursuant to 28 U.S.C. §§ 1332(a)&(c), 1441 and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Houchens Food Group, Inc. states as follows:

1.   There is pending in the Circuit Court of Wise County a Complaint styled *Dina Beverly Bentley v. Houchens Food Group, Inc. d/b/a Payless IGA,* Case No. CL18-10 (the "State Court Action").

2.   The Complaint in the State Court Action was filed on or about January 3, 2018. A copy of the Complaint is attached hereto as *Exhibit A.*

3.   A copy of the Complaint in the State Court Action was served upon Defendant on January 16, 2018.

4.   This Notice of Removal is filed within thirty days of the date upon which the Defendant was first served a copy of the Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b).

5.   The State Court Action is properly removed under 28 U.S.C. § 1441(a), because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as explained below:

(a)     Dina Beverly Bentley, Plaintiff, is a Virginia resident.

(b)     At the time the Complaint was filed, the Defendant Houchens Food Group, Inc. was a corporation with its principal place of business in Bowling Green, Kentucky. At the time of this request for removal, Houchens Food Group, Inc. remains a Kentucky corporation.

(c)     Plaintiff's Complaint seeks compensatory damages of $100,000.

6.   This action is, therefore, properly removed on grounds of diversity jurisdiction because complete diversity of citizenship exists between Plaintiff and the Defendant; and the amount in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs.

7.   Written notice of the filing of this Notice of Removal has been promptly provided to Plaintiff and the Clerk of the Circuit Court of Wise County, as required by 28 U.S.C. § 1446(d).

8.   A trial by jury pursuant to Federal Rule of Civil Procedure 38 is demanded.

WHEREFORE, Defendant, Houchens Food Group, Inc. d/b/a Payless IGA respectfully

requests that this case proceed before this Court as an action properly removed

**HOUCHENS FOOD GROUP, INC. d/b/a**
**PAYLESS IGA**

**s/ Stephanie G. Cook**
Virginia Bar Number: 48187
Attorney for Defendant
Kalbaugh, Pfund & Messersmith, P.C.
2840 Electric Road, Suite 111
Roanoke, Virginia 24018
Telephone: (540) 776-3583
Fax: (540) 776-1542
Stephanie.Cook@kpmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of
the Court using the CM/ECF system and I hereby certify that I have mailed by United States
Postal Service the document to the following non-CM/ECF participants:

Jeremy B. O'Quinn, Esquire
The O'Quinn Law Office
532 W Main Street
Wise, Virginia 24293

**s/ Stephanie G. Cook**
Virginia Bar Number: 48187
Attorney for the Defendant
Kalbaugh, Pfund & Messersmith, P.C.
2840 Electric Road, Suite 111
Roanoke, Virginia 24018
Telephone: (540) 776-3583
Fax: (540) 776-1542
Stephanie.Cook@kpmlaw.com

# EXHIBIT A

This document received in the Wise Circuit Court Clerk's Office via electronic filing 2/7/2018 11:44:47 AM



# The O'Quinn Law Office, PLLC
## Attorney·At·Law

Jeremy B. O'Quinn, Esq.
theoquinnlawoffice@gmail.com

January 2nd, 2018

*Send to Kathy*

J. Jack Kennedy, Clerk
Wise County Circuit Court
P. O. Box 1248
Wise, VA  24293

**RE:   *Dina Beverly Bentley v. Houchens Food Group, Inc.*
        *Complaint:***

Dear Mr. Kennedy:

Please find enclosed a Complaint that I am filing on behalf of Dina Bentley in the above referenced matter.  I have filed this matter via e-file and paid $254.00 via credit card to cover the filing fee and service of process on one defendant.  Please prepare the summons and have it sent to the appropriate Sheriff's office for service.  If you have any questions, please contact my office.
Sincerely,

<s/ *Jeremy B. O'Quinn* /s>
Jeremy B. O'Quinn

CC:   Houchens Food Group, Inc.
      P.O. Box 90009
      Bowling Green, KY 42102-9009

**RECEIVED**
JAN 0 3 2018
BY: _____CH_____

Office Phone: (276) 679-2111
Office Fax: (276) 679-2112
532 W. Main Street
PO Box 2327
Wise, VA 24293
www.theoquinnlawoffice.com

VIRGINIA:

## IN THE CIRCUIT COURT OF WISE COUNTY
## AND THE CITY OF NORTON

DINA BEVERLY BENTLEY,      )
                              )
    Plaintiff,            )
                              )
    v.                   )    Case No. CL_____
                              )
HOUCHENS FOOD GROUP, INC.    )
d/b/a Payless IGA             )
    SERVE: CT Corporation System  )
    Registered Agent        )
    4701 Cox Road, Suite 285    )
    Glen Allen VA 23060      )
                              )
    Defendant,           )

RECEIVED
JAN 0 3 2018
BY: _____

## COMPLAINT

TO THE HONORABLE JUDGE OF THE AFORESAID COURT:

    COMES NOW the Plaintiff, **DINA BEVERLY BENTLEY**, by counsel, and moves the

Circuit Court of Wise County, Virginia, for judgement against defendant on the grounds and in

the amount set forth below:

1.    Defendant, Houchens Food Group, Inc., is a corporation organized under the laws

    of the Commonwealth of Kentucky, having an office and principal place of

    business at P.O. Box 90009, Bowling Green, KY 42102-9009, and on or about

    May 26th 2016, was the owner and operator of the Payless IGA Grocery Store

    located at 305 Church Street, in Wise County, Virginia.

2.    As the owner and operator of said store, a place of business to which the general

    public is invited, defendant, its agents and employees, had a duty to maintain the

    premises in a reasonably safe condition; to make reasonable inspections to

determine whether any latent defects existed; and to warn the public of any such latent defects known to it, its agents and employees.

3.    Notwithstanding said duty, defendant, its agents and employees, negligently maintained the store's floor which patrons of the store customarily utilized while shopping at its store, in that, there was a liquid present on the floor, although defendant, its agent and employees, knew, or in the exercise of reasonable care should have known, that said defect existed.

4.    On or about May 26th 2016, plaintiff was a customer in said grocery store and while shopping was walking through the said store, and defendant, its agents and employees, negligently permitted a hazardous and unsafe liquid to be on the floor where customers traversed, including the Plaintiff, as they shopped. There was no signage to indicate any hazard and as a direct and proximate cause of this negligence to maintain the premises' floor in a safe manner, or notify customers in a reasonable manner of such hazard, plaintiff slipped on the liquid and fell to the ground, sustaining serious injuries to her back, right shoulder, left shoulder, neck, and left knee.

5.    As a direct result of her fall, plaintiff has been forced to incur substantial medical and hospital bills in an effort to be cured of her injuries; has suffered and continues to suffer severe physical pain and mental anguish; and has been prevented and will in the future be hindered from attending to her business and personal affairs for a long period of time.

WEREFORE, plaintiff, **DINA BEVERLY BENTLEY**, demands judgement against

defendant, Houchens Food Group., d/b/a Payless IGA at Wise, VA, in the amount of One

Hundred Thousand Dollars ($100,000), together with interest thereon, and her costs expended.

Plaintiff demands a trial by jury of this cause of action.

**DINA BEVERLY BENTLEY**

**BY COUNSEL**

**/s/Jeremy B. O'Quinn/s/**

**JEREMY B. O'QUINN**
VSB# 78891
Attorney for **Dina Beverly Bentley**
P.O. Box 2327
532 W. Main Street
Wise, VA 24293
Telephone# 276-679-2111
Fax: 276-679-2112
Email: theoquinnlawoffice@gmail.com